**Order entered February 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00177-CR

## EX PARTE ABRAHAM WELDEZION

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F00-48131-I**

## ORDER

The Court has received the clerk's record in the above accelerated criminal appeal. The clerk's record contains the trial court's November 21, 2008 order on a previously filed application for writ of habeas corpus but does not contain the December 20, 2012 order from which the appeal has been brought. Accordingly, we **ORDER** the Dallas County District Clerk to file, by **MARCH 1, 2013**, a supplemental clerk's record containing the trial court's December 20, 2012 findings of fact and order ruling on appellant's application for writ of habeas corpus. Because this is an accelerated criminal appeal, no extensions will be granted.

We **ORDER** Velma Loza, as official court reporter of the Criminal District Court No. 2, to file, by **MARCH 1, 2013,** the reporter's record, including all exhibits, of the hearing conducted on appellant's second application for writ of habeas corpus. Because this is an accelerated criminal appeal, no extensions will be granted.

Appellant's brief is due by **MARCH 18, 2013**.  The State's brief is due by **APRIL 3, 2013**.  If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without argument on **MAY 2, 2013** to a panel consisting of Justices O'Neill, Francis, and Fillmore.  *See* TEX. R. APP. P. 31.2.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE